IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01247-MEH

SEAN CLEARY,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST L.P.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2015**.

    Before the Court is the Joint Motion for Stay of Proceedings [filed July 1, 2015; docket #14]. The parties have failed to explain why it is necessary to await the conclusion of the Equal Employment Opportunity Commission investigation regarding discrimination to proceed in this matter. The Complaint appears to include allegations of discrimination (*see* docket #1), yet the parties do not indicate why this is insufficient to proceed through discovery. Thus, for failure to show good cause, the motion is **denied without prejudice**. *See* Fed. R. Civ. P. 26(c).