IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01247-MEH

SEAN CLEARY,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST L.P.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2015**.

    The Unopposed Motion for Stay of Proceedings [filed August 4, 2015; docket #18] is **denied without prejudice**. The Court will discuss the matter with parties at the upcoming Scheduling Conference on August 11, 2015, **which will now commence at 9:45 a.m.** that same day.